## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BREANNIA THOMAS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION: 1:23-00293-KD-N |
| | ) |
| LT. JOHN W. ANGLE, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge (Doc. 6) made under 28 U.S.C. § 636(a)-(b) and S.D. Ala. GenLR 72(a), and dated December 11, 2023, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Plaintiff's September 11, 2023 Amended Complaint (Doc. 4) is **DISMISSED without prejudice** for failure to prosecute under Fed.R.Civ.P. Rule 41(b) and the Court's inherent authority, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **24th** day of **January 2024.**

                                                /s/ Kristi K. DuBose  
                                                **KRISTI K. DuBOSE**  
                                                **UNITED STATES DISTRICT JUDGE**