# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BREANNIA THOMAS,  )  <br>    Plaintiff,    )  <br>                  )  <br> v.               )   CIVIL ACTION: 1:23-00293-KD-N  <br>                  )  <br> LT. JOHN W. ANGLE, *et al.*,  )  <br>    Defendants.   ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED,** that Plaintiff's September 11, 2023 Amended Complaint (Doc. 4) is **DISMISSED without prejudice** for failure to prosecute under Fed.R.Civ.P. Rule 41(b) and the Court's inherent authority, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **24th** day of **January 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**